**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CRIMINAL NO. 01-30167-01-GPM** |
| ) | |
| **JACQUELYNE M. LITTLE** ) | |
| ) | |
| **Defendant,** ) | |
| ) | |
| ) | |
| **ALLSTATE LIFE INSURANCE** ) | |
| **COMPANY,** ) | |
| ) | |
| **Garnishee.** ) | |

# GARNISHEE ORDER

**MURPHY, Chief District Judge:**

A writ of garnishment, directed to Garnishee, Allstate Life Insurance Company, has been duly issued and served. Pursuant to the writ of garnishment, Garnishee filed an answer on May 3, 2006, stating that at the time of the service of the writ it had in its possession or under its control a Structured Settlement Annuity Contract, Account #98301446, in which Defendant, Jacquelyne M. Litte, maintains an interest. The Garnishee anticipates owing to Defendant the following amounts: $38,222.00 on May 15, 2006, and $77,696.00 on May 15, 2016.

On April 22, 2006, Defendant waived her right to service of the garnishment and has not requested a hearing to determine exempt property.

**IT IS ORDERED** that Garnishee pay to Plaintiff, United States of America, **$38,222.00 on May 15, 2006**, and **$61,778.00 on May 15, 2016**, for a total amount of **$100,000.00**.

Payments are to be made payable to the Clerk of the District Court and mailed to the Clerk, U.S. District Court, 750 Missouri Avenue, East St. Louis, Illinois 62201.

**IT IS SO ORDERED.**

DATED: 5/10/06

s/ G. Patrick Murphy<br>
G. PATRICK MURPHY<br>
Chief United States District Judge